*E-Filed 12/16/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANZ A. WAKEFIELD, | **No. C 09-05779 RS** |
| Plaintiff, | **ORDER** |
| v. | |
| APPLE, INC.; STEVE JOBS; and SARAH JESSICA PARKER, | |
| Defendants. | |

Plaintiff Franz A. Wakefield, pro se, filed the instant case, along with an application to proceed in forma pauperis (IFP), in the Central District of California on November 2, 2009. The Central District denied the IFP application and, based on a request by plaintiff, transferred the action to this district. Order filed November 24, 2009. This District received the case on December 15, 2009, and it was assigned to the undersigned.

While plaintiff's case was still in transit from the Central District, he filed a second case and corresponding IFP application in this Court, Case No. C 09-05420 HRL. The two cases appear to be similar or identical. Therefore, pursuant to Civil Local Rule 3-12(c), the instant case is hereby referred to Judge Howard R. Lloyd, as the Judge assigned to the earlier-filed case, with a request to consider whether the two cases are related. The parties may file any response in opposition to or in support of relating the cases in accordance with Civil Local Rule 3-12(d).

1

IT IS SO ORDERED.

Dated: 12/16/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Franz A. Wakefield
17731 North West 14th Court
Miami, FL 33169

DATED:   12/16/09

/s/ Chambers Staff
Chambers of Magistrate Judge Richard Seeborg